**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Charles Banks

v.

Republic Doors & Windows, Inc.

Case Number:

FILED: MARCH 21, 2008
08CV1675                EDA
JUDGE   KENNELLY
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Charles Banks

| | |
|---|---|
| NAME (Type or print) Fred R. Kimmel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *[signature]* | |
| FIRM Kimmel & Kiefer, P.C. | |
| STREET ADDRESS 130 N. Cuyler Avenue, Suite 200 | |
| CITY/STATE/ZIP Oak Park, IL 60302 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1462474 | TELEPHONE NUMBER (708) 386-9791 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |