IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES BANKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 08 C 1675 |
| | ) | |
| v. | ) | **JUDGE KENNELLY** |
| | ) | |
| **REPUBLIC WINDOWS & DOORS, LLC** | ) | **MAGISTRATE JUDGE COLE** |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF FILING

TO:  Mitchell S. Chaban
     Levin Ginsburg
     180 N. LaSalle Street
     Suite 3200
     Chicago, IL 60601

On May 6, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, the Plaintiff's First Amended Complaint, a copy of which is hereby served upon you.

Respectfully submitted,

   /s/  Lesa Struck Kiefer
Lesa S. Kiefer

KIMMEL & KIEFER, P.C.
130 North Cuyler Avenue
Suite 200
Oak Park, Illinois  60302
(708) 386-9791

CERTIFICATE OF SERVICE

TO:   Mitchell S. Chaban
      Levin Ginsburg
      180 N. LaSalle Street
      Suite 3200
      Chicago, IL 60601

    The undersigned, an attorney, certifies that on May 6, 2008, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent to the above-referenced parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

                                                __/s/  Lesa Struck Kiefer_____

KIMMEL & KIEFER, P.C.
130 North Cuyler Avenue
Suite 200
Oak Park, Illinois  60302
(708) 386-9791