**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Banks Charles

                                 Plaintiff,

v.                                                       Case No.: 1:08−cv−01675
                                                          Honorable Matthew F. Kennelly

Republic Windows & Doors LLC, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 5/27/2008 with attorneys for both sides. Plaintiff is directed to make a settlement demand by 6/10/2008 and defendant is directed to respond by 6/24/2008. Status hearing continued to 7/1/2008 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.