## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Banks Charles

                       Plaintiff,

v.                                                         Case No.: 1:08−cv−01675
                                                              Honorable Matthew F. Kennelly

Republic Windows & Doors LLC, et al.

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 7/9/2008. Settlement Conference set for 7/25/2008 at 01:30 PM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.