# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1675 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Banks vs. Republic Windows & Doors | | |

**DOCKET ENTRY TEXT**

Conference held.  Telephone conference, to be initiated by counsel, is set to 8/21/08 at 9:00 a.m. to report on status.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|