Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1675 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Banks vs. Republic Windows | | |

**DOCKET ENTRY TEXT**

Enter stipulation to dismiss with prejudice, signed by the parties and approved by the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|