IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 1675 |
| | ) |
| REPUBLIC WINDOWS & DOORS, LLC, | ) |
| an Illinois limited liability company, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS WITH PREJUDICE

This cause coming to be heard on the parties stipulation to dismiss, the Court having jurisdiction over the subject matter herein and the parties hereto and being otherwise fully advised in the pleadings and the premises; IT IS HEREBY ORDERED THAT:

This cause is dismissed with prejudice pursuant to a settlement agreement.

SO STIPULATED:

_____
Attorneys for Plaintiff
Lesa Struck Kiefer, Esq.
Kimmel and Kiefer, P.C.
130 North Cuyler Avenue
Suite 200
Oak Park, Illinois 60302
(708) 386-9791

_____
Attorneys for Defendant
Mitchell S. Chaban, Esq.
Levin & Ginsburg
180 North LaSalle Street
Suite 3200
Chicago, Illinois 60601
(312) 368-0100

Date: 8-21-08

ENTER:

_____   _____
Judge                        Judge's No.